## STATE v. KEMP

No. 567P02

Case below: 153 N.C. App. 231

Petition by defendant (Edward Earl McDowell) for discretionary review pursuant to G.S. 7A-31 denied 21 November 2002.

## STATE v. KEYS

No. 575P02

Case below: 153 N.C. App. 525

Petition by defendant pro se for discretionary review pursuant to G.S. 7A-31 denied 21 November 2002.

## STATE v. LAWRENCE

No. 585A97-2

Case below: Harnett County Superior Court

Petition by defendant for writ of certiorari to review the order of the Superior Court, Harnett County, denied 21 November 2002.

## STATE v. LeGRANDE

No. 327P02-6

Case below: Stanly County Superior Court

Petition by defendant pro se for writ of certiorari to review the order of the Superior Court, Stanly County, denied 21 November 2002. Petition by defendant pro se for rehearing on discretionary review of order denying defendant's motion for appropriate relief denied 21 November 2002.